IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | 8:10CR261 |
| vs. ) | |
| ) | ORDER |
| SHANNON L. LASLEY, ) | |
| Defendant. ) | |

Defendant Shannon L. Lasley (Lasley) appeared before the court on August 7, 2013, on the Petition for Warrant or Summons for Offender Under Supervision (Petition) (Filing No. 36). Lasley was represented by Assistant Federal Public Defender Julie B. Hansen the United States was represented by Assistant U.S. Attorney Michael P. Norris. Through her counsel, Lasley waived her right to a probable cause hearing on the Petition pursuant to Fed. R. Crim. P. 32.1(a)(1). I find that the Petition alleges probable cause and Lasley should be held to answer for a final dispositional hearing before Judge Joseph F. Bataillon.

The government moved for detention. Through counsel, Lasley declined to present any evidence or request a hearing on the issue of detention. Since it is Lasley's burden under 18 U.S.C. § 3143 to establish by clear and convincing evidence that she is neither a flight risk nor a danger to the community, the court finds Lasley has failed to carry her burden and Lasley should be detained pending a dispositional hearing before Judge Bataillon.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Judge Joseph F. Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 1:00 p.m. on October 17, 2013**. Defendant must be present in person.

2. Defendant Shannon L. Lasley is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

3. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

4. Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED this 8th day of August, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge